# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 4:19-CR-173 |
| DAVID JOE COWHERD, II | ) |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the date of December 16th, 2019. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 2nd day of December, 2019.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia